**Order entered October 7, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00711-CV

**EHRING ENTERPRISES, INC., ET AL., Appellants**

**V.**

**RD MANAGEMENT CORPORATION, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-04770-b**

## ORDER

The Court has before it appellants' October 1, 2013 unopposed motion for extension to file appellants' brief. The Court **GRANTS** the motion and **ORDERS** appellants to file their brief by October 15, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE